1  STEVEN M. McCLEAN (SBN 077351)
   CASWELL BELL & HILLISON LLP
2  5200 North Palm Avenue, Suite 211
   Fresno, California  93704-2225
3  Telephone:  (559) 225-6550
   Facsimile:  (559) 225-7912
4  Email: smcclean@caswellbell.com

5  Attorneys for United States of America, for the Use and Benefit of
      Platt Electric Supply, Inc.  and Platt Electric, Inc.
6

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF PLATT ELECTRIC SUPPLY, INC., an Oregon Corporation; PLATT ELECTRIC SUPPLY, INC. <br><br> Plaintiffs, <br><br> v. <br><br> AEROPLATE CORP., a California corporation; RONALD D. PATTERSON, <br><br> Defendants. | Case No.: 1:09-CV-00106-AWI-SMS <br><br> NOTICE OF SETTLEMENT AND REQUEST FOR DISMISSAL; ORDER THEREON |

TO THE COURT, AND TO THE PARTIES OF RECORD:

　　PLEASE TAKE NOTICE that the above-referenced matter has been settled and Plaintiff does hereby dismiss the matter.

Dated: April 19, 2010.                    CASWELL BELL & HILLISON LLP

                                          By____/s/_____
                                              Steven M. McClean
                                              Attorneys for Plaintiff

1
_____
Notice of Settlement and Request for Dismissal; Order Thereon

# **ORDER**

Pursuant to the notice of settlement and Federal Rule of Civil Procedure 41(a)(1), this matter is hereby DISMISSED and the Clerk shall CLOSE this case.

IT IS SO ORDERED.

**Dated:**   April 19, 2010                             /s/ Anthony W. Ishii
                                                      CHIEF UNITED STATES DISTRICT JUDGE